# LIST OF CREDITORS

CHONDRITE REO, LLC
 645 MADISON AVENUE, 19TH FL
NEW YORK, NY 10022